

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00539-CV

**EX PARTE** Roberto Pasquale-Gualtier **PETITTO**

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. 17655A
Honorable N. Keith Williams, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, we AFFIRM the trial court's order DENYING Appellant Robert Pasquale-Gualtier Petitto's petition for expunction.

SIGNED June 5, 2019.

_____
Patricia O. Alvarez, Justice